Gary LIVINGSTON, Plaintiff–
Appellant,

v.

J.M. RATELLE; et al., Defendants—
Appellees.

No. 01–55540.

D.C. No. CV–99–1831 MLH (NLS).

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 17, 2001.*

Decided Jan. 2, 2002.

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before SCHROEDER, Chief Judge, TROTT and PAEZ, Circuit Judges.

## MEMORANDUM **

Gary Livingston, a California state prisoner, appeals pro se the district court's summary judgment for defendants in his 42 U.S.C. § 1983 action alleging prison officials violated his Eighth Amendment rights by denying him treatment for Hepatitis C. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review a grant of summary judgment de novo, *Jesinger v. Nevada Fed. Credit Union*, 24 F.3d 1127, 1130 (9th Cir.1994), and we affirm.

The district court properly granted summary judgment for defendants because Livingston did not raise a genuine issue of material fact as to whether prison officials acted with deliberate indifference to a serious medical need when they delayed interferon therapy out of concern it would aggravate Livingston's depression. *See McGuckin v. Smith*, 974 F.2d 1050, 1059–60 (9th Cir.1992), *overruled on other grounds by WMX Techs., Inc. v. Miller*, 104 F.3d 1133 (9th Cir.1997).

The district court acted within its discretion to deny Livingston's motion for appointment of counsel and motion for appointment of an expert medical witness. *See Wood v. Housewright*, 900 F.2d 1332, 1335 (9th Cir.1990); *McKinney v. Anderson*, 924 F.2d 1500, 1511 (9th Cir. 1991), *vacated on other grounds sub nom. Helling v. McKinney*, 502 U.S. 903, 112 S.Ct. 291, 116 L.Ed.2d 236 (1991).

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.

* Jo Anne B. Barnhart is substituted for Kenneth S. Apfel, as Commissioner of the Social Security Administration, pursuant to Fed. R.App. P. 43(c)(2).

Livingston's remaining contentions lack merit.

**AFFIRMED.**

---

** Because the panel unanimously finds this case suitable for decision without oral argument, Carter's request for oral argument is denied. *See* Fed. R.App. P. 34(a)(2).

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.